Owaiian M. JONES, Plaintiff–
Appellant,

v.

UNITED STATES of America; Michael
F. Urbanski, Defendants–Appellees.

No. 14–7188.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 19, 2014.

Owaiian M. Jones, Appellant Pro Se.

Before DUNCAN and DIAZ, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Owaiian M. Jones appeals the district
court's order dismissing under 28 U.S.C.
§ 1915A(b) (2012) his complaint filed pur-
suant to *Bivens v. Six Unknown Named
Agents of Fed. Bureau of Narcotics*, 403
U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619
(1971). We have reviewed the record and
find that this appeal is frivolous. Accord-
ingly, we dismiss the appeal for the rea-
sons stated by the district court. *Jones v.
United States of America*, No. 7:14–cv–
00410–JPJ–RSB (W.D.Va. Aug. 6, 2014).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*DISMISSED.*